IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CATHERINE MILLER,

       Appellant,

v.

       Case No.  5D21-2829
       LT Case No. 2015-DR-1459

TORY MORGAN,

       Appellee.

_____/

Opinion filed November 14, 2022

Appeal from the Circuit Court
for Hernando County,
Don Barbee, Jr., Judge.

Jody L. Fisher, of Law Office of Jody L. Fisher, P.A., Leesburg, for Appellant.

Tory Morgan, White Lake, MI, pro se.

PER CURIAM.

       We find that the trial court's ruling is fully supported by competent, substantial evidence and a proper application of governing Florida law. Therefore, we affirm in all respects.

AFFIRMED.

WALLIS, EDWARDS, and HARRIS, JJ., concur.